IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIGUEL ANGEL FLORES-LOPEZ,** | : CIVIL ACTION NO. 1:21-CV-1839 |
| Petitioner | : (Judge Conner) |
| v. | : |
| **WARDEN CRAIG A LOWE,** | : |
| Respondent | : |

# **ORDER**

AND NOW, this 29th day of December, 2021, upon consideration of the petition (Doc. 1) for writ of habeas corpus and the parties' respective briefs in support of and opposition to the petition, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DENIED without prejudice.

2. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania